IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JIMMY CHANDLER

                                                                   ORDER

                Plaintiff,

                                                                   19-cv-138-bbc

    v.

SALAM SYED and BETH EDGE,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Pro se plaintiff Jimmy Chandler is proceeding on claims that defendants Dr. Salam Syed and Nurse Beth Edge violated his rights under the Eighth Amendment and state negligence law by giving him amoxicillin despite his documented penicillin allergy. Now before the court is plaintiff's motion to compel defendants to provide complete responses to his requests for admissions. Dkt. #27. Plaintiff states that defendants responded to only some of his requests for admissions, and requested multiple extensions to respond to the remaining requests. Defendants explain in their opposition brief that they provided their responses to plaintiff as soon as they received a proper medical release form from him and were able to obtain his medical records. Dkt. #28. Defendants' response is reasonable, and plaintiff now has the discovery responses that he requested. Accordingly, I will deny his motion to compel as moot.

ORDER

IT IS ORDERED that plaintiff Jimmy Chandler's motion to compel, dkt. #27, is

DENIED as moot.

Entered this 9th day of January, 2020.

BY THE COURT:

/s/
_____
BARBARA B. CRABB
District Judge