IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JIMMY CHANDLER,

    Plaintiff,

  v.

Case No. 19-cv-138-bbc

SALAM SYED, BETH EDGE, AND
JOLINDA WATERMAN,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 4/23/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |